# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**Case Number**  15–32919–KRH
**Chapter**  11
**Adversary Proceeding Number** 16–03271–KRH
**Judge**  Kevin R. Huennekens

**In re:**
Health Diagnostic Laboratory, Inc.

Debtor(s)

Richard Arrowsmith, Liquidating Trustee

Plaintiff(s)

V.

G. Russell Warnick et al.

Defendant(s)

## SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and will be required to submit a motion or answer in the complaint, which is attached to this summons to the Clerk of the Bankruptcy Court on or before December 16, 2016, unless otherwise provided in the Court's Order Establishing Omnibus Pretrial Protocol [Docket Item No. 18] (the "Pretrial Protocol Order") a copy of which is also attached to this Summons. Be advised that the Pretrial Protocol Order also contains important information regarding discovery, motion practice, case management procedures, and other requirements applicable to this case.

| ADDRESS OF CLERK: | William C. Redden<br>United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 |
|---|---|

You must serve a copy of your motion or answer upon the plaintiff's attorney.

| NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY: | Cullen Drescher Speckhart<br>Wolcott Rivers Gates<br>200 Bendix Road<br>Suite 300<br>Virginia Beach, VA 23452 |
|---|---|

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be scheduled by the Court at a later date.

Date: November 1, 2016

WILLIAM C. REDDEN, CLERK OF COURT
By /s/ Candace Manley
Deputy Clerk



*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Bankruptcy Rule 9013–1(O)].*
[ver. B250HDLvJune2016.jsp]

Bankruptcy Case No. 15–32919–KRH

Adversary Proceeding Case No. 16–03271–KRH

# CERTIFICATE OF SERVICE

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

☐ **Mail Service:** Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____   _____
                        Date                                                          Signature

Print Name
_____
Business Address
_____
City                    State           Zip