# ReedSmith

Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Tel +1 804 344 3400
Fax +1 804 344 3410
reedsmith.com

S. Miles Dumville
Direct Phone: +1 804 344 3430
Email: mdumville@reedsmith.com

November 2, 2016

**By Hand**

Honorable Kevin R. Huennekens
Judge's Chambers
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219

**RE:   Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust v. G. Russell Warnick, et al., Case No. 15-32919 (KRH), Adv. Proc. No. 16-03271 (KRH)**

Dear Judge Huennekens:

Soon after delivering to you my letter of November 1, 2016 regarding our being unable to obtain an unredacted copy of the Complaint in this matter, and serving a copy of the letter on the Trustee's counsel via email, we received from the Trustee's counsel an unredacted copy of the Complaint, the Exhibits and the Summons issued at approximately 11:00 a.m. on November 1. Mr. Sizemore of our firm consequently notified your office that it would not be necessary for us to be heard on this issue. We appreciate your prompt response to my prior letter and your willingness to hold a hearing on the issues raised in that letter, and are glad the hearing became unnecessary.

While the receipt of the unredacted copy of the Complaint mooted one of the issues raised in my November 1 letter, we must nevertheless reserve the right to move to unseal the publically available version until after we have had time to review and consider the allegations of the Complaint that were previously unavailable to us.

Very truly yours,

S. Miles Dumville

SD/gp

cc:   Cullen Drescher Speckhart, Esquire (*via Email cspeckhart@wolriv.com*)
Tara Lynn R. Zurawski, Esquire (*via Email tzurawski@jonesday.com*)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ PARIS
PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON