S. Miles Dumville (VSB No. 15748)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410
Counsel for AMS Defendants

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY INC.<br> *et al.* | Chapter 11<br><br>Case No. 15-32919 (KRH)<br><br>(Jointly Administered) |
| RICHARD ARROWSMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>G. RUSSELL WANRICK, *et al.*<br><br>    Defendants. | Adv. Proc. No. 16-03271-KRH |

**AMENDED NOTICE OF HEARING ON THE MOTION OF THE AMS DEFENDANTS
TO DISMISS COMPLAINT PURSUANT TO RULES 8, 9, 10, 20 AND 41, F. R. Civ. P.**

**PLEASE TAKE NOTICE** that on November 22, 2016 the AMS Defendants, by

counsel, filed with the Court their Motion to Dismiss Complaint Pursuant to Rules 8, 9, 10, 20

and 41, F. R. Civ. P. (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case.  (If you do not have an**

**attorney, you may wish to consult one.)**  If you do not want the Court to grant the relief

requested in the Motion, you or your attorney must:

   1. File with the Court, at the address shown below, a written objection.  If you mail your written objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before December 12, 2016.

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, Virginia 23219

   2. Attend a hearing before the Honorable Kenneth R. Huennekens, United States Bankruptcy Judge at **10:00 A.M. (Eastern Standard Time) on January 19, 2017** at the United States Bankruptcy Court, Room 5000, 701 E. Broad Street, Richmond, Virginia 23219.  **If you or our attorney do not attend the hearing, the Court may grant the relief requested in this Motion.**

   **PLEASE TAKE FURTHER NOTICE THAT** you should consult the Order Establishing Omnibus Pretrial Protocol (ECF No. 18) entered by the Court on October 21, 2016, before filing any written response.

   If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice of hearing.

Dated: November 28, 2016                    Respectfully submitted,

                              */s/ S. Miles Dumville*
                              S. Miles Dumville (VSB No. 15748)
                              REED SMITH LLP
                              Riverfront Plaza—West Tower
                              901 E. Byrd Street, Suite 1700
                              Richmond, VA 23219-4068
                              (804) 344-3400
                              Fax:  (804) 344-3410
                              mdumville@reedsmith.com

                              *Counsel for the AMS Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of November, 2016, a true and correct copy of the foregoing was served electronically using the Court's CM/ECF system on all registered users of the CM/ECF system who have filed a notice of appearance in this matter, including Debtors' counsel and the Office of the United States Trustee.

*/s/ S. Miles Dumville*
S. Miles Dumville (VSB No. 15748)
REED SMITH LLP
Riverfront Plaza—West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410
mdumville@reedsmith.com
Counsel for AMS Defendants