## United States Bankruptcy Court
## for the Eastern District of Virginia
###### _____Richmond_____ Division

**IN RE:** Health Diagnostic Laboratory, Inc.     Case No. 15-32919-KRH

Adv. Pro. No. 16-03271-KRH

Debtor(s)     Chapter 11

### TRANSMITTAL OF WITHDRAWAL OF REFERENCE
### TO THE U. S. DISTRICT COURT

**MOTION TO WITHDRAW REFERENCE:**

DATE FILED:     March 15, 2017

FILED BY (MOVANT):     See Attached

ATTORNEY:     Jesse Silverman

**RESPONSE TO MOTION TO WITHDRAW REFERENCE:**

DATE DUE:     April 28, 2017

FILED BY (RESPONDENT):     Richard Arrowsmith, Liquidating Trustee

ATTORNEY:     Cullen Speckhart

**PLEADINGS TRANSMITTED TO U. S. DISTRICT COURT:**

   ✓   Motion to Withdraw Reference

   ✓   Memorandum in support of Motion to Withdraw Reference

   ✓   Response to Motion to Withdraw Reference

   ✓   Certified Copy of Bankruptcy Docket Sheet

   ✓   Designation of Record

   ____   Other Pertinent Record: _____

_____

*WILLIAM C. REDDEN, CLERK OF COURT*
BY: /s/ Candace Manley
Deputy Clerk

Date transmitted: June 02, 2017     Telephone No: 804-916-2410

----------------------------------------------------------------------------------------------------------

U. S. DISTRICT COURT CASE NUMBER: _____

DATE: _____ BY: _____

**PLEASE RETURN SECOND COPY UPON COMPLETION**

cc: Attorney for Movant
    Attorney for Respondent

Movants:

BlueWave Healthcare Consultants, Inc.

Floyd Calhoun Dent, III

Robert Bradford Johnson

Lakelin Pines LLC

CAE Properties LLC

Blue Eagle Farm LLC

Blue Eagle Farming LLC

Blue Smash Investments, LLC

Eagle Ray Investments LLC

Forse Investments LLC

Forse Medical Inc.

HJ Farming, LLC

War-Horse Properties, LLLP

Cobalt Healthcare Consultants Inc.

Hisway of South Carolina, Inc.

Royal Blue Medical Inc.

Aroc Enterprises LLC

Riverland Pines LLC

Crosspoint Properties LLC

Helm-Station Investments LLLP

Trini "D" Island LLC