**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:**<br>**HEALTH DIAGNOSTIC LABORATORY,**<br>**INC.,** *et al.*,<br><br>**Debtors,**[1] | **Chapter 11**<br><br>**Case No. 15-32919-KRH**<br><br>**(Jointly Administered)** |
| **RICHARD ARROWSMITH, AS**<br>**LIQUIDATING TRUSTEE OF THE HDL**<br>**LIQUIDATING TRUST,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**G. RUSSELL WARNICK,** *et al.*,<br><br>**Defendants.** | **Adv. Proc. No. 16-03271-KRH** |

**NOTICE OF VOLUNTARY DISMISSAL OF
ADVERSARY PROCEEDING AS TO CERTAIN DEFENDANTS**

  **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Suite 2010
Richmond, VA 23219
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: (757) 497-6633
Direct: (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Richard Arrowsmith, Liquidating Trustee
of the HDL Liquidating Trust*

Richard S. Kanowitz (admitted *pro hac vice*)
**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: rkanowitz@cooley.com

*Counsel to Richard Arrowsmith, Liquidating Trustee,
and the Liquidating Trust Oversight Committee*

Procedure,  Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating

Trust, appointed pursuant to the confirmed Modified Second Amended Plan of Liquidation

Proposed by the Debtors [Main Case 15-32919, Docket No. 995], by and through his undersigned

counsel, hereby voluntarily dismisses the above-captioned adversary proceeding, with prejudice,

solely against the following defendants: G. Russell Warnick in all capacities he is named as

defendant in the above-captioned adversary proceeding; Karl F. Warnick and Kristan Warnick in

their capacities as Trustees of The Warnick Family 2012 Irrevocable Trust; The Warnick Family,

LLC; and Warnick Management, LLC (collectively, the "**Defendants**"), with the parties to bear

their own costs and expenses, including, without limitation, attorneys' fees. The foregoing notice

of dismissal is filed pursuant to the settlement agreement among the parties approved by the order

of this court [APN 17-03029, Docket No. 130].


[*Remainder of Page Intentionally Left Blank*]

Dated: April 16, 2018

Respectfully submitted,

/s/ *Cullen D. Speckhart*
Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Suite 2010
Richmond, VA 23219
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: (757) 497-6633
Direct: (757) 470-5566
Email: cspeckhart@wolriv.com

*Counsel to Richard Arrowsmith, Liquidating
Trustee of the HDL Liquidating Trust*

-and-

Richard S. Kanowitz (admitted *pro hac vice*)
**COOLEY LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: rkanowitz@cooley.com

*Counsel to Richard Arrowsmith, Liquidating
Trustee, and the HDL Liquidating Trust
Oversight Committee*