# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (RICHMOND DIVISION)

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY INC. *et. al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-32919 (KRH)<br><br>(Jointly Administered) |
| RICHARD ARROWSMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>G. RUSSELL WARNICK, LATONYA S. MALLORY, JOSEPH P. MCCONNELL, SATYANARAIN RANGARAJAN, ROBERT BRADFORD JOHNSON, FLOYD CALHOUN DENT, III, *et al.*,<br>　　　　　　Defendants. | Adv. Proc. No. 16-03271 (KRH) |

### SUGGESTION OF BANKRUPTCY OF BLUE EAGLE FARMING, LLC; H J FARMING, LLC; EAGLE RAY INVESTMENTS, LLC; WAR-HORSE PROPERTIES, LLLP; BLUE SMASH INVESTMENTS, LLC; FORSE INVESTMENTS, LLC; AND <u>ROBERT BRADFORD JOHNSON</u>

PLEASE TAKE NOTICE that Blue Eagle Farming, LLC; H J Farming, LLC; Eagle Ray Investments, LLC; War-Horse Properties, LLLP; Blue Smash Investments, LLC; Forse Investments, LLC; and Robert Bradford Johnson (collectively, the "Debtors") have filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§101, *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama as follows:

---

[1]　　The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

| **Debtor** | **Case No.** | **Petition Date** |
|---|---|---|
| Blue Eagle Farming, LLC | 18-02395 | June 8, 2018 |
| H J Farming, LLC | 18-02397 | June 8, 2018 |
| Eagle Ray Investments, LLC | 18-81708 | June 9, 2018 |
| War-Horse Properties, LLLP | 18-81711 | June 9, 2018 |
| Blue Smash Investments, LLC | 18-81707 | June 9, 2018 |
| Forse Investments, LLC | 18-81709 | June 9, 2018 |
| Robert Bradford Johnson | 18-81704 | June 9, 2018 |

Dated: June 13, 2018

/s/ Jesse N. Silverman
Joshua D. Wolson (Admitted *pro hac vice*)
Jesse N. Silverman (VSB No. 46456)
Jennifer L. Maleski (Admitted *pro hac vice*)
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

*Attorneys for the Bluewave Defendants[2]*

---

[2] "Bluewave Defendants" includes Bluewave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, Robert Bradford Johnson, Lakelin Pines LLC, CAE Properties LLC, Blue Eagle Farm, LLC, Blue Eagle Farming LLC, Blue Smash Investments, LLC, Eagle Ray Investments LLC, Forse Investments, LLC, Forse Medical Inc., HJ Farming, LLC, War-Horse Properties, LLLP, Cobalt Healthcare Consultants Inc., Hisway of South Carolina, Inc., Royal Blue Medical Inc., Aroc Enterprises LLC, Riverland Pines LLC, Crosspoint Properties LLC, Helm-Station Investments LLLP, and Trini "D" Island LLC.